*In re* REBECCA RODRÍGUEZ MERCADO.

*Número:* CP-2002-7     *Resuelto:* 5 de mayo de 2006

*Rebecca Rodríguez Mercado*, peticionaria que comparece por derecho propio.

## RESOLUCIÓN

Visto el Escrito en Cumplimiento de Orden, de 10 de abril de 2006, *se readmite a la Sra. Rebecca Rodríguez Mercado a la profesión de abogado. Se le concede un término de treinta días para informar el plan de pago para satisfacer la deuda.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*